[No. 30897-1-I.   Division One.   August 23, 1993.]

WILLIAM BARR TURLAY, *Respondent*, v. JACK JACINTO, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-10457-3, James J. Dore, J. Pro Tem., entered May 26, 1992. *Reversed* by unpublished per curiam opinion.

[No. 30332-5-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN D. NORBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-07287-8, Bobbe J. Bridge, J., entered March 19, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 31197-2-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK HUGH COLTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00126-6, Ronald Castleberry, J., entered July 16, 1992. *Vacated* by unpublished per curiam opinion.